

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR REHEARING

Appellate case name:    Rocky James Annis v. State of Texas

Appellate case number:    01-19-000385-CR

Trial court case number:    83768-CR

Trial court:    23rd District Court of Brazoria County

Date motion filed:    September 3, 2019

Party filing motion:    Appellant

Appellant has filed a "Motion for Discretionary Review of Judgment Rendered August 15, 2019," which we construe as a motion for rehearing. It is ordered that the motion for rehearing is **denied**. We dismiss all pending motions as moot.

Judge's signature: ___/s/ Julie Countiss_____
                          Acting for the Court

Panel consists of: Justices Kelly, Hightower, and Countiss.

Date: ___September 17, 2019___